Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Jason A Sneider
Debtor

Case No.: 10–13785–DHS
Chapter 13

Jason Sneider
Plaintiff

v.

Ron & Renee Harris
Defendant

Adv. Proc. No. 14–01256–DHS          Judge: Donald H. Steckroth

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 15, 2014, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 20 – 18
Order Granting Motion For Summary Judgment in favor of Jason Sneider and against Ron & Renee Harris (Related Doc # 18). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/15/2014. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 15, 2014
JJW: zlh

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

Sneider,
    Plaintiff

Harris,
    Defendant

Adv. Proc. No. 14-01256-DHS

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: zhaywood    Page 1 of 1    Date Rcvd: Sep 15, 2014
    Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2014.
aty    +F. William Lavigne,   157 Main ST., PO Box 383,   Andover, NJ 07821-0383
pla    +Jason Sneider,   Newark,   127 Sally Harden Road,   Wantage, NJ 07461-3831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cd*    +Jason Sneider,   Newark,   127 Sally Harden Road,   Wantage, NJ 07461-3831
    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2014    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2014 at the address(es) listed below:
    Dean G. Sutton    on behalf of Plaintiff Jason  Sneider dgs123@ptd.net
    Dean G. Sutton    on behalf of Counter-Defendant Jason  Sneider dgs123@ptd.net
    TOTAL: 2